**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **1:11-CR-261** |
| | : | |
| **HASSAN HASSAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**MOTION FOR ENTRY OF SHOW CAUSE ORDER**

COMES NOW, Hassan Hassan, and moves this Honorable Court to issue a show cause order against the United States in this matter. In support, he states the following:

1. Hassan filed a Petition for writ of error coram nobis [Dkt. 888] on May 17, 2026.

2. The United States has received a copy of Hassan's petition but has not responded.

Thus, Hassan respectfully requests that this Court enter the attached Order to show cause.

3. Hassan waives argument on this motion.

Respectfully submitted,
Hassan Hassan,
*By Counsel*

_____/s/_____
Jonathan P. Sheldon, VSB 66726
Sheldon & Flood, PLC
10621 Jones Street, Suite 301A
Fairfax, VA 22030
Office (703) 691-8410
Fax (703) 251-0757
JSheldon@SFHdefense.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 17, 2026, a copy of the foregoing Motion and attached proposed Order were filed electronically with the Clerk of the Court using the CM/ECF filing system.

_____/s/_____
Jonathan P. Sheldon, VSB 66726
Sheldon & Flood, PLC
10621 Jones Street, Suite 301A
Fairfax, VA 22030
Office (703) 691-8410
Fax (703) 251-0757
JSheldon@SFHdefense.com