IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:11-CR-261 |
| | : | |
| HASSAN HASSAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Hassan Hassan has filed a petition for a writ of error coram nobis. For good cause,

It is hereby **ORDERED** that the United States is **DIRECTED** to show cause within thirty (30) days of the date of this Order why the writ should not be granted.

Alexandria, Virginia

Date _7/21/2026_

_____ /s/
Patricia Tolliver Giles
United States District Judge